THYBERGLAW
GREGORY A. THYBERG SBN102132
greg@thyberglaw.com
8789 AUBURN FOLSOM RD., SUITE C337
GRANITE BAY, CALIFORNIA 95746
TEL: (916) 204-9173

ATTORNEYS FOR PLAINTIFF, LAILENE WIGGINS


OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C.
GREGORY C. CHENG, State Bar No. 226865
gregory.cheng@ogletreedeakins.com
BROOKE S. PURCELL, State Bar No. 260058
brooke.purcell@ogletreedeakins.com
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone:     415.442.4810

ATTORNEYS FOR DEFENDANTS,
FEDEX OFFICE AND PRINT SERVICES,
INC. and JAKE COKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAILENE WIGGINS, an individual, ) | **Case No. 2:14-cv-00760-JAM-KJN** |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **VOLUNTARILY DISMISS ACTION** |
| v. ) | **PURSUANT TO FRCP 41(a)(1)(A)** |
| ) | |
| FEDEX OFFICE AND PRINT SERVICES, ) | |
| INC., a corporation; JAKE COKER, an ) | |
| individual; and DOES 1 to 100 inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice, against the defendants FEDEX OFFICE AND PRINT SERVICES, INC. and JAKE COKER pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), without costs or fees awarded to either party.

Respectfully submitted this 9th day of May 2014.

THYBERGLAW

Dated May 9, 2014                By: /s/ Gregory A. Thyberg
                                 Gregory A. Thyberg
                                 Attorney for Plaintiff
                                 LAILENE WIGGINS


OGLETREE DEAKINS P.C.

Dated May 9, 2014                By: /s/ Brooke S. Purcell
                                 Gregory C. Cheng
                                 Brooke S. Purcell
                                 Attorneys for Defendants
                                 FEDEX OFFICE AND PRINT
                                 SERVICES, INC. and JAKE COKER

### ORDER

Based on the foregoing stipulation between the parties, it is hereby ordered that the above-entitled matter be dismissed, without prejudice, without costs or fees awarded to either party.

**IT IS SO ORDERED.**

DATED: May 12, 2014              /s/ JOHN A. MENDEZ
                                 The Honorable John A. Mendez
                                 United States District Court Judge

17739117.1

17857438.1

STIPULATION AND [PROPOSED] ORDER TO VOLUNTARILY DISMISS ACTION
PURSUANT TO FRCP 41(a)(1)(A)
Case No.: Case No. 2:14-cv-00760-JAM-KJN